Jory C. Garabedian, Esq.
Nevada Bar No. 10352
jgarabedian@mileslegal.com
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Parkway, Suite 250
Henderson, Nevada 89052
Our File No. 13-L0172
(702) 369-5960 / FAX (702) 942-0411

Attorneys for Defendant,
MILES, BAUER, BERGSTROM & WINTERS, LLP

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUTH MORRISSEY,<br><br>    Plaintiff,<br>vs.<br><br>MILES, BAUER, BERGSTROM &<br>WINTERS, LLP; and Does 1-10, inclusive,<br><br>    Defendant(s). | Case No. 2:13-cv-01031-MMD-NJK<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |

Plaintiff RUTH MORRISSEY ("Plaintiff") and Defendant MILES, BAUER, BERGSTROM & WINTERS, LLP ("Defendant"), by and through their respective attorneys of record, hereby submit their Stipulation to Dismiss the above-captioned action with prejudice.

//
//
//
//
//
//
//
//

NOW WHEREFORE IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant that the above-captioned action shall be dismissed with prejudice with each party to bear their own attorney's fees and costs.

IT IS SO STIPULATED AND AGREED.

DATED this 23rd day of December, 2013.

                MILES, BAUER, BERGSTROM & WINTERS, LLP

                /s/ Jory C. Garabedian
                Jory C. Garabedian, Esq.
                Nevada Bar No. 10352
                2200 Paseo Verde Pkwy, Suite 250
                Henderson, NV 89052
                *Attorneys for Defendant*

DATED this 23rd day of December, 2013.

                HAINES & KRIEGER, LLC

                /s/ David H. Krieger
                David H. Krieger, Esq.
                Nevada Bar No. 9086
                8985 S. Eastern Avenue, Suite 130
                Henderson, NV 89123
                *Attorneys for Plaintiff*

## ORDER

Based upon the foregoing Stipulation between Plaintiff and Defendant, and good cause appearing:

                IT IS SO ORDERED.

                MIRANDA M. DU
                UNITED STATES DISTRICT JUDGE

                DATED THIS 23rd day of December 2013.