```
 1  Jory C. Garabedian, Esq.
    Nevada Bar No. 10352
 2  jgarabedian@mileslegal.com
    MILES, BAUER, BERGSTROM & WINTERS, LLP
 3  2200 Paseo Verde Parkway, Suite 250
 4  Henderson, Nevada  89052
    Our File No. 13-L0172
 5  (702) 369-5960 / FAX (702) 942-0411
 6
    Attorneys for Defendant,
 7  MILES, BAUER, BERGSTROM & WINTERS, LLP
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUTH MORRISSEY, | Case No. 2:13-cv-01031-MMD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| MILES, BAUER, BERGSTROM & WINTERS, LLP; and Does 1-10, inclusive, | |
| Defendant(s). | |

Plaintiff RUTH MORRISSEY ("Plaintiff") and Defendant MILES, BAUER, BERGSTROM & WINTERS, LLP ("Defendant"), by and through their respective attorneys of record, hereby submit their Stipulation to Dismiss the above-captioned action with prejudice.

//
//
//
//
//
//
//
//

NOW WHEREFORE IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant that the above-captioned action shall be dismissed with prejudice with each party to bear their own attorney's fees and costs.

IT IS SO STIPULATED AND AGREED.

DATED this 23rd day of December, 2013.

MILES, BAUER, BERGSTROM & WINTERS, LLP

/s/ Jory C. Garabedian
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
2200 Paseo Verde Pkwy, Suite 250
Henderson, NV 89052
*Attorneys for Defendant*

DATED this 23rd day of December, 2013.

HAINES & KRIEGER, LLC

/s/ David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
*Attorneys for Plaintiff*

### ORDER

Based upon the foregoing Stipulation between Plaintiff and Defendant, and good cause appearing:

IT IS SO ORDERED.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED THIS 23rd day of December 2013.